# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | No. 775 MAL 2014 |
| Petitioner | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| CLAUDE DESCARDES, | |
| Respondent | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of April, 2015, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to the remaining issue. The issue, as stated by petitioner, is:

> Whether the Superior Court's conclusion that [respondent] was entitled to *coram nobis* review conflicts with the holdings of the Pennsylvania Supreme Court in Commonwealth v. Ahlborn and Commonwealth v. Hall as well as prior Superior Court precedent?